# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.R. MCFARLANE, K.J. BRUBAKER, J.S. SMITH**
Appellate Military Judges

## UNITED STATES OF AMERICA

v.

## JULIE B. WALLING
### HOSPITALMAN (E-3), U.S. NAVY

### NMCCA 201400385
### SPECIAL COURT-MARTIAL

**Sentence Adjudged:** 29 July 2014.
**Military Judge:** CDR Robert P. Monahan, Jr., JAGC, USN.
**Convening Authority:** Commanding Officer, Walter Reed National Military Medical Center (Navy), Bethesda, MD.
**Staff Judge Advocate's Recommendation:** CPT N.A. West, JA, USA.
**For Appellant:** Maj John J. Stephens, USMC.
**For Appellee:** Mr. Brian K. Keller, Esq.

### 31 March 2015

---
### OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court